JACK GROEN, RESPONDENT, v. GEORGE FANGMANN, INC., APPELLANT.

Argued May 19, 1943—Decided September 16, 1943.

For the respondent, *Albert Rudner.*

For the appellant, *Autenrieth & Wortendyke.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ.   10.

*For reversal*—None.